USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NEELAM UPPAL,

                        Plaintiff,

        - against -

WESTERN EXPRESS, INC. and LAVAR
PERRY COREY,

                      Defendants.

---------------------------------------------------------------X

15 Civ. 9976 (AT) (RWL)

**ORDER TO SHOW CAUSE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Status Report, requesting, among other things, that the Court order her former attorneys, the law firm of Elefterakis, Elefterakis & Panek, to release her file to her.

By April 5, 2018, Elefterakis, Elefterakis & Panek shall show cause why the file should not be released to Plaintiff. Otherwise, they shall release the file to Ms. Uppal.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated:     March 26, 2018
             New York, New York

Copies transmitted this date to:

Neelam Uppal
P.O. Box 1002
Largo, FL 33779

Melissa Kobernitski, Esq.

Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375

Keith Alan Raven, Esq.
Raven & Kolbe, LLP
126 East 56th Street
Suite 202
New York, NY 10022

Jeffrey Brian Bromfeld, Esq.
Oliver Roderick Tobias, Esq.
Elefterakis, Elefterakis & Panek
111 John Street, Suite 1100
New York, NY 10038
jeff@elefterakislaw.com
oliver@elefterakislaw.com
(by regular mail and e-mail)