

**ELEFTERAKIS ELEFTERAKIS & PANEK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-18

Request granted.

**SO ORDERED:**

_____ 4/4/18
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
JORDAN JODRÉ*

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
FAIZAN GHAZNAVI
EVAN M. La PENNA
DOMINICK MINGIONE
MARIE LOUISE PRIOLO*
AARONDA WATSON

*Also Admitted In New Jersey

April 3, 2018

**VIA ECF**

Honorable Robert W. Lehrburger
United States Courthouse
500 Pearl Street, Room 18D
New York, NY 10007-1312

      Re: **Neelam Uppal v. Western Express, Inc. and LaVar Perry Corey**
           **Civil No.: 15-cv-09976 (AT) (RWL)**

Dear Judge Lehrburger,

    Elefterakis, Elefterakis, and Panek (hereinafter "EEP"), former counsel for the Plaintiff, Neelam Uppal, in the current matter files the following letter in response to the Order to Show Cause, dated March 26, 2018, whereby it is alleged that EEP has failed to release Plaintiff's file.[1]

    EEP respectfully states that Plaintiff's file has been made available for Dr. Uppal to obtain from the moment this firm was relieved as counsel. EEP was unaware that Dr. Uppal believed that her file was not being released and we extend our apologies for any misunderstanding that may have transpired.

    Accordingly, EEP requests that Dr. Uppal provide EEP with a date and time whereby she may take possession of her file or, in the alternative, a current address whereby her file can otherwise be mailed.

---

[1] *See* Order, 15-cv-09976 (AT) (RWL) (S.D.N.Y. March 26, 2018), ECF No. 49.

Thank you for Your Honor's Consideration. As always, we are available to discuss this matter at the Court's convenience.

Respectfully submitted,

JORDAN A. JODRÉ, Esq. (JJ0028)
ELEFTERAKIS, ELEFTERAKIS &
PANEK, P.C.
80 Pine Street, 38th Floor
New York, New York 10005
T: (212) 532-1116
F: (212) 532-1176

**MAILED BY CHAMBERS**